# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN A. PORTILLO,<br><br>　　　　　　　　　Petitioner,<br>vs.<br><br>VICTOR M. ALMAGER, Warden,<br><br>　　　　　　　　　Respondent. | CASE NO. 08cv0706-LAB (JMA)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING MOTION TO STAY; AND DENYING WITHOUT PREJUDICE MOTION TO RETURN LEGAL PAPERS**<br><br>[Dkt. Nos. 5, 6, & 8] |

　　　　Petitioner Juan A. Portillo, a state prisoner appearing without the assistance of counsel, filed a First Amended Petition for a Writ of Habeas Corpus in which he claims the Board of Parole Hearings violated his due process rights by failing to consider his favorable evidence when it found him unsuitable for parole. Respondent filed a request to stay consideration of this parole claim until the Ninth Circuit Court of Appeals issues its *en banc* decision in *Hayward v. Marshall*, 512 F.3d 536, *pet. for reh'g en banc granted*, 527 F.3d 797 (9th Cir. 2008). The Magistrate Judge recommends that the court grant the stay because the *en banc Haywood* decision may resolve and clarify relevant issues of law. The Magistrate Judge notes that the Ninth Circuit has *sua sponte* stayed other appeals that raise similar due process claims in the parole setting. No objections to the Report and Recommendation were filed; however, Petitioner subsequently filed an *ex parte* motion

requesting that the prison return his legal papers. Petitioner states that his legal papers were confiscated in August during a "lock down." He states that he is pursuing his administrative remedies to recover his legal papers and to gain access to the prison law library.

Having reviewed the record and the applicable law, the Court **adopts** the recommendation to stay this habeas petition until the *en banc* panel issues its mandate in *Haywood*. [# 6] The court agrees that a stay will serve the interests of judicial economy and that Petitioner will not be prejudiced by the short delay. (The *en banc* panel heard oral argument in June 2008). Accordingly, the court **grants** the request to stay this habeas petition. [# 5] Respondent shall promptly notify the court when the mandate issues in the *Haywood en banc*, and request that the stay be lifted. At that time, the court will set a briefing schedule.

As to Petitioner's complaint that prison officials confiscated his legal papers in August 2008, the court **denies without prejudice** his request for an order instructing the prison to return those papers. [# 8] If the matter is not resolved through the normal administrative grievance procedures at the institution by the date the stay is lifted, Petitioner may re-file his motion at that time. *See Espinoza-Matthews v. California*, 432 F.3d 1021 (9th Cir. 2005); *Lott v. Mueller*, 304 F.3d 918 (9th Cir. 2002).

**IT IS SO ORDERED**.

DATED: November 19, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge